IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VICTOR WOLFE,<br><br>                Defendant. | **8:16CR88**<br><br>**ORDER** |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 25. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 25, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 17, is denied.

Dated this 23rd day of May, 2016.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge